IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 16-175 (GMS) |
| ACTAVIS LABORATORIES UT, INC., | ) ) ) | REDACTED - PUBLIC VERSION |
| Defendant. | ) | |

## STIPULATION AND ORDER

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs*

YOUNG CONAWAY STARGATT & TAYLOR, LLP
Melanie K. Sharp (#2501)
James L. Higgins (#5021)
 Robert M. Vrana (#5666)
 1000 North King Street
Wilmington, DE  19801
(302) 571-6681
msharp@ycst.com
jhiggins@ycst.com
rvrana@ycst.com

*Attorneys for Defendants*

June 16, 2017  - Original Filing Date
June 20, 2017 - Redacted Filing Date

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

BIODELIVERY SCIENCES                     )
INTERNATIONAL, INC. and ARIUS TWO,       )
INC.,                                    )
                                         )
                Plaintiffs,              )
                                         )
        v.                               )   C.A. No. 16-175 (GMS)
                                         )
ACTAVIS LABORATORIES UT, INC.,           )   REDACTED - PUBLIC
                                         )        VERSION
                Defendant.               )

## STIPULATION AND ORDER

WHEREAS, the parties have agreed ███████████████████████████ █

███████████████████████████████████████████████████████████

███████████

IT IS HEREBY STIPULATED and AGREED, by and between counsel for the parties

and subject to the approval of the Court, that the above-captioned action ██████████

██████ ███████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

███████

MORRIS, NICHOLS, ARSHT & TUNNELL LLP      YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Maryellen Noreika*                    */s/ Melanie K. Sharp*

_____          _____
Jack B. Blumenfeld (#1014)               Melanie K. Sharp (#2501)
Maryellen Noreika (#3208)                James L. Higgins (#5021)
1201 North Market Street                  Robert M. Vrana (#5666)
P.O. Box 1347                            1000 North King Street
Wilmington, DE  19899                    Wilmington, DE  19801
(302) 658-9200                           (302) 571-6681
jblumenfeld@mnat.com                     msharp@ycst.com
mnoreika@mnat.com                        jhiggins@ycst.com
                                         rvrana@ycst.com

*Attorneys for Plaintiffs*

                                         *Attorneys for Defendants*

SO ORDERED this _____ day of June 2017.


_____

United States District Judge