IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 16-175 (GMS) |
| ACTAVIS LABORATORIES UT, INC., | ) ) ) | REDACTED PUBLIC VERSION |
| Defendant. | ) | |

## STIPULATION AND ORDER

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br>Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiffs* | YOUNG CONAWAY STARGATT & TAYLOR, LLP<br>Melanie K. Sharp (#2501)<br>James L. Higgins (#5021)<br> Robert M. Vrana (#5666)<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6681<br>msharp@ycst.com<br>jhiggins@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendants* |

August 1, 2017  - Original Filing Date
August 2, 2017 - Redacted Filing Date

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BIODELIVERY SCIENCES INTERNATIONAL, INC. and ARIUS TWO, INC., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 16-175 (GMS) |
| ACTAVIS LABORATORIES UT, INC., | ) ) ) | REDACTED PUBLIC VERSION |
| Defendant. | ) | |

## STIPULATION AND ORDER

WHEREAS, the parties have requested and the Court ███████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████████████

IT IS HEREBY STIPULATED and AGREED, by and between counsel for the parties and subject to the approval of the Court, that the above-captioned action ████████

███████████████████████████████████████████████

███████████████████████████████████████████████

████████████████████

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Maryellen Noreika* | */s/ James L. Higgins* |
| Jack B. Blumenfeld (#1014)<br>Maryellen Noreika (#3208)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br><br>*Attorneys for Plaintiffs* | Melanie K. Sharp (#2501)<br>James L. Higgins (#5021)<br> Robert M. Vrana (#5666)<br>1000 North King Street<br>Wilmington, DE  19801<br>(302) 571-6681<br>msharp@ycst.com<br>jhiggins@ycst.com<br>rvrana@ycst.com<br><br>*Attorneys for Defendants* |

SO ORDERED this _____ day of August 2017.

_____
United States District Judge